*Irving M. Atkin* and *Sidney M. Firestone* for appellant.
*Philip Feldman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

JULIA D. SMITH, Appellant, *v.* ROY A. SMITH, Respondent.

Submitted January 7, 1949; decided February 24, 1949.

*John J. Leonard* for appellant.

*Robert W. Cauldwell* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.

LOIS S. GOODWIN, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 28470.)

Argued January 12, 1949; decided February 24, 1949.